# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**CHAMBERS OF**
**JOHN R. PADOVA**
JUDGE

17613 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19106
(215) 597-1178

May 31, 2007

Ortrie D. Smith
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Calendar Year 2006 Filing

Dear Chairperson Smith:

Thank you for your letter of May 18, 2007.

In Part VII, page 9, line 101 for "Bayatex Entr," no income was received.  Therefore, Column B(1) under amount has been left blank and the word "None" should appear in Column B(2) under "Type."

Part VII, page 1, line 8 of my prior report did list "Genl M.M. Fund."  This asset was inadvertently omitted from my report dated April 13, 2007.  Its value as of December 31, 2006 was $2.34.  Please add this asset to Part VII as follows:

Genl M.M. Fund

B(1)      A
B(2)      Interest
C(1)      J
C(2)      T

We are providing you with three copies of this response to be considered an amendment to our report



Sincerely,

R. Padova

jrp/gmk

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) PADOVA, JOHN R | 2. Court or Organization EASTERN DISTRICT OF PA | 3. Date of Report 04/13/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 17613 U.S. COURTHOUSE 601 MARKET STREET PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 19 A 9: 21 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | Prior earned fee distribution | $ 1,080 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | Annual dinner for fed.jud. 3/24/06 NY |
| 2. | | a. trans., pkg, cab, tips for Judge ███ |
| 3. | | b. Assn pd directly-hotel, lodg. & meal |
| 4. | | for Judge ███ |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Justinian Society | Philadelphia Cup | $ 300.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VKM PA QUALITY MUN TR ▓ | A | Interest | J | T | | | | | |
| 2. PNC BANK CHKG ▓ | A | Interest | K | T | | | | | |
| 3. ▓▓▓▓ IRA PNC ▓ | B | Interest | K | T | | | | | |
| 4. Fed Pa Mun M.M. | A | Interest | J | T | | | | | MM Opened ▓▓▓ |
| 5. Dreyfus Pa M.M. | A | Interest | J | T | | | | | ▓▓ |
| 6. Boston Capital ▓ 17 | A | Interest | J | T | | | | | |
| 7. Bank Chkg & Sav. ▓ Citizens Bank | A | Int | J | T | | | | | |
| 8. Dallas Ft. Worth | A | Interest | | | S | 6/26 | J | | |
| 9. PA Econ. Dev. Fin. G&B 12-1-30 | A | Interest | J | T | | | | | |
| 10. Exelon | B | Dividend | L | T | | | | | |
| 11. USAA Sav-Act | A | Interest | K | T | Cash | | | | |
| 12. Beaver Co. Pa. IDA 5/1/20 to LED-Series A | A | Interest | | | R | 1/17 | J | A | |
| 13. Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 14. Beaver Cnty Pa. IDA (Tol Ed) 5/1/20 Series B | A | Interest | K | T | S | 1/17 | K | A | |
| 15. Boston Cap SER 15 & 18 ▓▓ | A | Interest | J | T | | | | | |
| 16. JMS/DLJSC/Phila Inv. RETIRE. PLAN ACCT.J PADOVA IRA | E | Div & Int | PI | T | | | | | See VIII |
| 17. - ACM Man. Dollar Inc. Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pershing Gov Act-mm | B | Dividend | N | T | | | | | |
| 19. - ACM Govt. Sec. Fund | C | Dividend | K | T | | | | | |
| 20. - Alliance World Fund | C | Dividend | K | T | | | | | |
| 21. - Commercial Act Lease Realty, Inc.-Natl. Retail | B | Dividend | K | T | | | | | Name change |
| 22. - Aspen Group Res. Corp. | | None | J | T | | | | | |
| 23. - Templeton Emer Mktg. Inc. | B | Dividend | K | T | | | | | |
| 24. - U.S. Treas. Sec Strip 11/15/06 | | None | | | R | 11/15 | M | D | |
| 25. - Pepsico Cap Res Inc. 4/01/11 | | None | L | T | | | | | |
| 26. - U.S. Treas SEC Strip 11/15/11 | | None | M | T | | | | | |
| 27. - Fid. Adv. Sr 11 Gro Opty Fd. B | A | Dividend | J | T | | | | | |
| 28. - Putnam Inv Fds - Gro B | A | Dividend | J | T | | | | | |
| 29. - Allete Inc ADESA Inc | A | Dividend | K | T | | | | | |
| 30. - Van Kampen Amer Cap Sr Inc. | C | Dividend | K | T | | | | | |
| 31. - FHLMC Ser-2496 5.5 | A | Interest | L | T | | | | | |
| 32. Berks Cty. Pa M.A. - Phoebe | A | Interest | J | T | | | | | |
| 33. New Jersey Econ Dev 10/23 | A | Interest | J | T | | | | | |
| 34. Allegheny Pa IDA - Presb. 1/06 | B | Interest | K | T | R | 1/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Evergreen Money Mkt 9 (First Union) | A | Dividend | J | T | | | | | |
| 36. First Union CD Now Wachovia | B | Interest | K | T | | | | | |
| 37. Erie Co. H.A. - St. Mary's | B | Interest | K | T | | | | | |
| 38. Louisiana Loc. Govt. St. James | B | Interest | K | T | | | | | |
| 39. Vanguard Pa L/T Tax Ex Fund | D | Interest | M | T | B | 12/18 | J | | |
| 40. Vanguard M/M - IRA | D | Dividend | M | T | | | | | |
| 41. Vanguard B/M - IRA | D | Dividend | M | T | PS | 12/18 | K | A | |
| 42. Vanguard 500 - IRA | C | Dividend | N | T | | | | | |
| 43. American Century | A | Dividend | K | T | | | | | |
| 44. Montgomery Co. PA Hgr Ed. Auth Temple 7/1/07,7/1/19,7/1/29 | | None | J | T | | | | | |
| 45. Chester Co. PA Higher Ed. 6/1/18 | B | Interest | K | T | | | | | |
| 46. Ohio State Env. 5/1/29 | B | Interest | K | T | | | | | |
| 47. PNC Bank Sav. | B | Interest | K | T | | | | | |
| 48. Allegheny Co. Pa. USX-5.6 | B | Interest | K | T | | | | | |
| 49. Allegheny Co. Pa.-South Hills 8.625 | | Interest | J | T | | | | | |
| 50. Allegheny Co. Pa - South Hills 7.4 | B | Interest | | | R | 2/1 | K | | |
| 51. NJ Econ Dev - Seashore 4-1-31 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Allegheny Co. Pa. IDA 6-6 | A | Interest | J | T | | | | | |
| 53. Allegheny Co. PA. IDM. USX 5.5 | A | Interest | J | T | | | | | |
| 54. NJ Economic Dev-Presby. 12-1-32 | B | Interest | K | T | | | | | |
| 55. Conn St. Dev. Auth - 4/1/21 | A | Interest | J | T | | | | | |
| 56. Blair Co.-Penn St 1/1/22 | B | Interest | | | S | 3/27 | K | B | |
| 57. "Blair Co.-" 1/1/34 | A | Interest | | | S | 3/27 | J | | |
| 58. Lehigh Co. G.P.A.-Bible 11/1/33 | B | Interest | K | T | | | | | |
| 59. Del. Co. Pa. Auth. Cabrini | B | Interest | K | T | | | | | |
| 60. Nuveen Select | B | Interest | K | T | | | | | |
| 61. Pa. St. Tpk. Comn Oil | B | Interest | K | T | | | | | |
| 62. Fedl Nat'l Mtge Assn. medium term, 12/18/06 | B | Interest | | | R | 12/18 | L | | |
| 63. - FEDL Hom. Ln Mtge 4/17/18 | C | Interest | L | T | | | | | |
| 64. - Cons Edison Ins. Com. | C | Dividend | L | T | | | | | |
| 65. PA St Ref-1st Ser. 4.5 | A | Interest | J | T | | | | | |
| 66. PA St Go - 5.0 | A | Interest | J | T | | | | | |
| 67. Stroudsberg, PA - 5.0 | A | Interest | J | T | | | | | |
| 68. Economy, PA - 5.0 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mtgy. Co. IDA Ret. 5.250 | B | Interest | K | T | | | | | |
| 70. San Jose Fing. Auth. | B | Interest | K | T | | | | | |
| 71. Union Co. Hosp. - 5.0 | B | Interest | K | T | | | | | |
| 72. Illinois Edl. Facs. | B | Interest | K | T | | | | | |
| 73. Blackrock Strategic | B | Dividend | | | S | 11/16 | K | | |
| 74. Lancaster PA Ser A - 4.5% | B | Interest | K | T | | | | | |
| 75. Lehigh Co PIDA 9/1/29 | A | Interest | J | T | | | | | |
| 76. Inq.Global Eq | A | Dividend | | | S | 11/20 | K | | |
| 77. Upper St. Clair Tw 7-25-43 | A | Interest | K | T | | | | | |
| 78. Virgin Isl. 10-31 - 5% | B | Interest | K | T | | | | | |
| 79. Blackrock Enhanced | B | Dividend | K | T | | | | | |
| 80. Eaton Vance-Tx mg. | B | Dividend | L | T | | | | | |
| 81. Nuveen Eq Prem Growth | B | Dividend | K | T | | | | | |
| 82. Small Cap Prem | A | Dividend | | | S | 10/18 | K | | |
| 83. Inq GLobal Eq. | B | Dividend | | | S | 10/18 | K | A | |
| 84. Puerto Rico 7/1/42 | A | Interest | K | T | | | | | |
| 85. Puerto Rico 7/1/42 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cinergy Corp (IRA) merger-Duke Energy | C | Dividend | M | T | | | | | |
| 87. Microsoft (IRA) | A | Dividend | K | T | | | | | |
| 88. Intel (IRA) | A | Dividend | K | T | | | | | |
| 89. Tupperware Corp (IRA) | B | Dividend | L | T | B | 2/13 | L | | |
| 90. Nuveen PA Prem Inc ■ | A | Dividend | K | T | | | | | |
| 91. Nuveen PA Invt QF ■ | A | Dividend | K | T | | | | | |
| 92. Van Kempen Amer PA Mun. Inc. ■ | A | Dividend | K | T | | | | | |
| 93. Federated Govt Res MM ■ | A | Dividend | K | T | IRA Transfer | 11/30 | K | | |
| 94. Sayre PA Health Serv 12/1/31 | B | Interest | K | T | B | 3/31 | K | | |
| 95. Brunswick Glynn GA 1/1/35 | A | Interest | K | T | B | 1/12 | K | | |
| 96. Chester Co. PA H&E-Jeff | A | Interest | K | T | B | 3/1 | K | | |
| 97. Eaton Vance T/M | A | Interest | K | T | B | 11/27 | K | | |
| 98. Eaton Vance T/M ■ | A | Interest | J | T | B | 11/27 | J | | |
| 99. CanutilloTX Sch Dist | A | Interest | K | T | B | 10/18 | K | | |
| 100. California St Glo 9/1/36 | A | Interest | K | T | B | 10/18 | K | | |
| 101. Bayatex Entr | | | L | T | B | 12/18 | L | | IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R | 04/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, Item 16, Column 5 - Lines 16-26, 29-31, 40-42, 62-64, 86-89, 101

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date___4 — /3 — 2007___

NOTE: ANY I[N] ... [K]NOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL S[ANCTIONS] (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544